People v Foumakoye (2024 NY Slip Op 04038)

People v Foumakoye

2024 NY Slip Op 04038

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, OGDEN, NOWAK, AND DELCONTE, JJ.

549 KA 23-01748

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SIENNA FOUMAKOYE, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ERIN A. TRESMOND OF COUNSEL), FOR DEFENDANT-APPELLANT.
MICHAEL J. KEANE, ACTING DISTRICT ATTORNEY, BUFFALO (DANIEL J. PUNCH OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Erie County Court (James F. Bargnesi, J.), rendered September 6, 2023. The judgment convicted defendant, upon a plea of guilty, of grand larceny in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed and the matter is remitted to Erie County Court for proceedings pursuant to CPL 460.50 (5).
Memorandum: Defendant appeals from a judgment convicting her, upon her plea of guilty, of grand larceny in the second degree (Penal Law § 155.40 [1]). Contrary to defendant's contention, we conclude on this record that defendant's waiver of the right to appeal was knowing, voluntary, and intelligent (see People v Hawkins, 224 AD3d 1219, 1219 [4th Dept 2024]; see also People v Roberto, 224 AD3d 1367, 1367 [4th Dept 2024]; see generally People v Thomas, 34 NY3d 545, 559-564 [2019], cert denied — US &mdash, 140 S Ct 2634 [2020]). Defendant's valid waiver of the right to appeal precludes our review of her challenge to the severity of her sentence (see People v Lopez, 6 NY3d 248, 255-256 [2006]).
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court